

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARCOS SILVA COMPEAN, | § | No. 08-19-00218-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso, Texas |
| State. | § | (TC# 20170D03719) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **May 19, 2020**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. William R. Cox, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 19, 2020.

IT IS SO ORDERED this 18th day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.